**No. 42491.**—Protests 975185–G, etc., of Levin Bros. et al. (New York). .

Opinion by Evans, J. It was stipulated that the merchandise consists of so-called cigarette whistles or noise makers or novelties in part of bamboo similar to those the subject of Abstract 39509. The claim under paragraph 409 was therefore sustained.